AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of     South Carolina

ALPS Property & Casualty Insurance Company,
*Plaintiff*

v.      Civil Action No.    3:21-603-JFA

Poteat Law Firm, LLC; Chad E. Poteat; Jason W. Haggard, as Administrator of the Estate of Justin P. Haggard,
*Defendant*

## DECLARATORY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

X  the plaintiff *(name)*  ALPS Property & Casualty Insurance Company  recover from the defendant *(name)*  Poteat Law Firm, LLC and Chad E. Poteat  the amount of One Hundred Eighty-eight Thousand Five Hundred Seventeen and 10/100  dollars ($  188,517.10  ).

X  **IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of the plaintiff, ALPS Property & Casualty Insurance Company against Poteat Law Firm, LLC; Chad E. Poteat; Jason W. Haggard, as Administrator of the Estate of Justin P. Haggard and declares (1) the Policy does not afford coverage to the Poteat Defendants with respect to the Haggard Suit; (2) ALPS has no duty to defend or indemnify the Poteat Defendants under the Policy with respect to the Haggard Suit; and (3) ALPS is entitled to an award against Poteat Defendants in the amount of One Hundred Eighty-eight Thousand Five Hundred Seventeen and 10/100 Dollars ($188,517.10).

This action was:
X  Decision by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding and having granted plaintiff's motion for summary judgment.

Date:  April 10, 2023

*ROBIN L. BLUME, CLERK OF COURT*

s/Mary L. Floyd, Deputy Clerk

*Signature of Clerk or Deputy Clerk*